UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8471 CAS (MRWx) | Date | January 8, 2018 |
|---|---|---|---|
| Title | *JESSIKA TSENG v. NORDSTROM, INC; ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jessica Riggin<br>Steven Tindall | Dominic Messiha |

**Proceedings:**   PLAINTIFF'S MOTION FOR APPROVAL (Filed 12/8/2017)[249]

    Hearing held and counsel are present.  The Court confers with counsel. The Court approves the above-referenced Motion for Approval.  The Court will issue plaintiff's proposed Order forthwith.

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |