1  JULIE A. DUNNE, Bar No. 160544
   jdunne@littler.com
2  JOSHUA D. LEVINE, Bar No. 259405
   jdlevine@littler.com
3  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
4  San Diego, CA  92101.3577
   Telephone:  619.232.0441
5  Facsimile:   619.232.4302

6  Attorneys for Defendant
   NORDSTROM, INC.
7
   STEVEN M. TINDALL, Bar No. 187862
8  smt@classlawgroup.com
   AMANDA M. KARL, Bar No. 301088
9  amk@classlawgroup.com
   GIBBS LAW GROUP LLP
10 505 14th Street, Suite 1110
   Oakland, CA 94612
11 Telephone: 510-350-9700
   Facsimile: 510-350-9701
12
   *(Additional Plaintiffs' Counsel on Next Page)*
13
   Attorneys for Plaintiff
14 JESSIKA TSENG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIKA TSENG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-CV-08471 CAS (MRWx)<br><br>**JOINT STIPULATION TO CONTINUE THE MARCH 18, 2019 HEARING ON DEFENDANT NORDSTROM, INC.'S MOTION TO CLARIFY RECORD AND RECONFIRM APPROVAL OF PAGA SETTLEMENT AND TRANG NGUYEN'S MOTION TO INTERVENE; [PROPOSED] ORDER**<br><br>Date:   March 18, 2019<br>Time:   10:00 a.m.<br>Judge:  Hon. Christina A. Snyder<br>Ctrm:   8D |

1 | ROBERT J. DREXLER, JR, Bar No. 119119
  | Robert.Drexler@capstonelawyers.com
2 | MOLLY ANN DESARIO, Bar No. 230763
  | Molly.DeSario@capstonelawyers.com
3 | JONATHAN LEE, Bar No. 267146)
  | Jonathan.Lee@capstonelawyers.com
4 | CAPSTONE LAW APC
  | 1875 Century Park East, Suite 1000
5 | Los Angeles, California 90067
  | Telephone: (310) 556-4811
6
7 | Attorneys for Proposed Intervenor
  | Trang Nguyen
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

2.

1    Defendant Nordstrom, Inc. ("Nordstrom"), Plaintiff Jessika Tseng ("Tseng"),
2 and proposed intervenor Trang Nguyen ("Nguyen"), stipulate and agree, by and through
3 their respective counsel, as follows:

4    WHEREAS, Nordstrom filed a Motion to Clarify Record and Reconfirm
5 Approval of PAGA Settlement on December 21, 2018 (Dkt. #255 ["Motion to
6 Reconfirm Settlement"]);

7    WHEREAS, Tseng filed a response to Nordstrom's Motion to Reconfirm
8 Settlement on January 7, 2019 (Dkt. #256);

9    WHEREAS, Nguyen filed a Motion to Intervene on January 7, 2019 (Dkt. #257);

10   WHEREAS, the Court heard the Motion to Reconfirm Settlement and Motion to
11 Intervene (collectively the "Motions") on February 4, 2019;

12   WHEREAS, at the February 4, 2019 hearing, the Court continued the hearing on
13 the Motions to March 18, 2019 and encouraged the *Tseng* parties and Nguyen to confer
14 with the mediators in the *Tseng* and *Nguyen* matters to explore whether the disputes at
15 issue could be resolved without judicial intervention;

16   WHEREAS, the Court indicated at the February 4, 2019 hearing that if the parties
17 and Nguyen were unable to mediate the case until a date after March 18, 2019, they
18 should notify the Court so that the March 18, 2019 hearing date could be continued until
19 a date after the parties' mediation;

20   WHEREAS, Nordstrom, Tseng, and Nguyen have agreed to attend a mediation
21 on April 29, 2019 facilitated by both Mark Rudy (*i.e.,* the mediator for the *Nguyen*
22 matter) and Former U.S. Magistrate Judge Jay C. Gandhi (*i.e.*, the mediator for the
23 *Tseng* matter) – the earliest date on which both mediators and the parties were all
24 available – to see if the parties can reach a global resolution;

25   WHEREAS, Nordstrom, Tseng, and Nguyen agree and understand that although
26 the parties to the *Tseng* and *Nguyen* actions will all be present at the April 29, 2019
27 mediation, Nordstrom is not waiving its mediation privilege as to either case and

28

expects that the mediation privilege will be honored in the course of the proceedings on that date and beforehand;

WHEREAS, Nordstrom, Tseng, and Nguyen all agree that it is fair, reasonable and most efficient for the March 19, 2019 hearing on the Motions to be continued approximately 60 days so that the continued hearing date will be after the April 29, 2019 mediation and there will be sufficient time for Nordstrom, Tseng, and Nguyen to explore a global resolution with the assistance of Judge Gandhi and Mark Rudy;

THEREFORE, Nordstrom, Tseng, and Nguyen hereby stipulate and request that the Court continue the hearing on the Motion to Reconfirm Settlement and Motion to Intervene from March 18, 2019 to Monday, May 20, 2019 or the Court's earliest available date thereafter.

IT IS SO STIPULATED.

Dated: March 13, 2019

/s/ *Joshua D. Levine*
JULIE A. DUNNE
JOSHUA D. LEVINE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NORDSTROM, INC.

Dated: March 13, 2019

/s/ *Steven Tindall*
STEVEN M. TINDALL
AMANDA M. KARL
GIBBS LAW GROUP LLP
Attorneys for Plaintiff
Jessika Tseng

Dated: March 13, 2019

/s/ *Robert J. Drexler*
ROBERT J. DREXLER
JONATHAN LEE
CAPSTONE LAW APC
Attorneys for Proposed Intervenor
Trang Nguyen

2.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joshua Levine, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   March 13, 2019                    <u>By:</u> /s/ *Joshua D. Levine*

FIRMWIDE:162995632.4 058713.1034

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441